Court



FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB 19 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

I am writing because they have moved me to Brownswood at Havins unit. I also keep hearing that I only have one count of Burglary of habitation. My charges and the paperwork that Cherokee County has turned in to TDCJ do not match. I have two counts of SJF Burglary of Building. I feel I am incarcerated on the wrong charges and it is taking you too long to answer. You can clearly see the wrong and another ~~new~~ trial will only be as corrupt as the first since the attorney has filed to be released from representation. They never consulted with me or heard my statement. If it were you, wouldn't you want relief of false charges. At least get a bench warrant and I can show and explain all the deficiencies. Thanks

Willi Green